**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **LINDA A. CLARK, et al.,** ) | **Case No. 1:12-CV-2187** |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Judge Dan Aaron Polster** |
| **v.** ) | |
| ) | **JUDGMENT ENTRY** |
| **LENDER PROCESSING SERVICES,** ) | |
| **INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

For the reasons stated in the Memorandum of Opinion and Order filed contemporaneously with this Judgment Entry, and pursuant to Federal Rule of Civil Procedure 58, it is hereby ORDERED, ADJUDGED and DECREED that the above-captioned case is hereby terminated and dismissed with prejudice.

    */s/Dan Aaron Polster  6/6/13*
    **Dan Aaron Polster**
    **United States District Judge**